IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANTUANE D. DANIEL,            ) | |
|                            ) | |
|     Plaintiff,            ) | |
|                            ) | CIVIL ACTION NO. |
|    v.                    ) | 2:23cv618-MHT |
|                            ) | (WO) |
| ALABAMA CRIME VICTIMS   ) | |
| COMPENSATION and DIR.   ) | |
| EVERETTE, Ala. Crime    ) | |
| Victims Attorney,       ) | |
|                            ) | |
|     Defendants.          ) | |

**OPINION**

Plaintiff filed this lawsuit asserting he was wrongfully denied financial assistance from the Alabama Crime Victims Compensation Commission.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed with prejudice for failure to follow court orders and failure to prosecute.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 6th day of August, 2024.

                                 /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**