IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANTUANE D. DANIEL, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v.    ) | 2:23cv618-MHT |
| ) | (WO) |
| ALABAMA CRIME VICTIMS ) | |
| COMPENSATION and DIR. ) | |
| EVERETTE, Ala. Crime ) | |
| Victims Attorney, ) | |
| ) | |
|    Defendants. ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 24) is adopted.

(2) This lawsuit is dismissed with prejudice to refiling in federal court, for failure to follow court orders and failure to prosecute.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 6th day of August, 2024.

                                  /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE